IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3077-D

WILLIAM G. ROUNDTREE,      )
                           )
            Plaintiff,     )
                           )
      v.                   )            ORDER
                           )
STEPHEN FOSS, et al.,      )
                           )
            Defendants.    )

On March 19, 2026, William G. Roundtree ("Roundtree" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. Roundtree moves for leave to proceed in forma pauperis [D.E. 2], appointment of counsel [D.E. 3], and to transfer the case [D.E. 8].

As for Roundtree's motion to transfer, Roundtree asks the court to transfer the case to Wake County Superior Court because Roundtree mistakenly sent the complaint to this court. See [D.E. 8] 1. The court construes Roundtree's motion as one to voluntarily dismiss this action. A plaintiff may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, Roundtree may voluntarily dismiss this action. The court dismisses this action without prejudice so that Roundtree may refile his complaint, if he so chooses, in Wake County Superior Court.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 8], DENIES AS MOOT plaintiff's remaining motions [D.E. 2, 3], and DISMISSES WITHOUT PREJUDICE

this action. Plaintiff may refile his complaint, if he so chooses, in Wake County Superior Court. The clerk shall close this case.

SO ORDERED. This 31 day of March, 2026.

JAMES C. DEVER III
United States District Judge

2